1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   PATRICK R. DELAHUNTY
3  Assistant U.S. Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

**FILED**
OCT 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | CASE NO. |
| Sealed Complaint and Affidavit of Christen Brook | 1: 14 MJ 0 0 1 8 5  GSA |
| | **UNDER SEAL** |
| | SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the Sealed Complaint and Affidavit of Christen Brook in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Sealed Complaint and Affidavit of Christen Brook in the above-entitled proceedings, together with the Application to Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 10/15/14

_____
Hon. Gary S. Austin
U.S. MAGISTRATE JUDGE

1