**BRIAN C. ANDRTICH # 203808**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 102
Fresno, California 93721
Phone: 559-495-0200
Fax:     559-495-0123

Attorney for Defendant: Brandon Michael Thomas

## UNITED STATES DISTRICT COURT

## EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Case No.: 1:14-cr-00228-LJO-SKO |
| Plaintiff, | ) **EX PARTE REQUEST FOR** |
| vs. | ) **MODIFICATION OF DEFENDANT'S** |
| | ) **PRETRIAL RELEASE CONDITIONS;** |
| **BRANDON MICHAEL THOMAS,** | ) **DECLARATION OF COUNEL; ORDER** |
| Defendant. | ) |

  Defendant Brandon Michael Thomas, through his attorney of record Brian C. Andritch, hereby requests that this Court modify his pretrial release conditions to enable him to spend the Christmas holiday with his family in Winter Garden Florida from December 20, 2014, through January 1, 2015.  His Pretrial Services Officer, Jacob Scott is not opposed to this request. Assistant United States Attorney, Grant Rabenn is not opposed to this request.

  Mr. Thomas is presently charged with conspiracy to distribute, and possess with intent to distribute a controlled substance (18 U.S.C. § 846 (a)(1) and (b)(1)(c)) and structuring conspiracy  (18 U.S.C. § 371).  He is in compliance with the terms of his pretrial release.

Specifically, Mr. Thomas will travel to Winter Garden, Florida to visit his mother Jackie Thomas. He will leave Fresno on December 20, 2014, and return home on January 1, 2015.

In support of this request, I Brian C. Andritch declare as follows:

1. I have been retained by Mr. Thomas to represent him in this matter.

2. On December 12, 2014, I spoke with Jacob Scott, the Pretrial Services Officer in this case, and he does not oppose Mr. Thomas's request.

3. On December 12, 2014, I spoke with Grant Rabenn, the Assistant United States Attorney in this case and he stated he does not oppose Mr. Thomas's request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is made on December 18, 2014, at Fresno, California

Dated:  December 18, 2014                 /S/ Brian C. Andritch
                                          BRIAN C. ANDRITCH

Based on the foregoing, Mr. Thomas requests that the Court modify his pretrial release conditions as requested and set forth in the proposed order.


                                          BRIAN C. ANDRITCH
                                          Respectfully Submitted,


                                          /S/ Brian C. Andritch
                                          BRIAN C. ANDRITCH
                                          Attorney for Defendant
                                          Brandon Michael Thomas

### ORDER

The Court hereby orders that Mr. Thomas' conditions of pretrial release are modified to permit him to spend Christmas with his mother, Jackie Thomas in Winter Garden, Florida. Mr.

Thomas is authorized to leave on December 20, 2014.  He shall return to his residence on January 1, 2015.

IT IS SO ORDERED.

| Dated: | **December 19, 2014** | **/s/ Sheila K. Oberto** |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |