**BRIAN C. ANDRITCH, SBN 203808**
**Andritch & Aed, A Professional Corporation**
2140 Merced Street, Suite 101
Fresno, California 93721
PHONE: (559)495-0200
FAX:      (559)495-0123
EMAIL: brian@fresnodefense.com


ATTORNEY FOR Defendant, Brandon Thomas


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00228-LJO-SKO |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| v. | |
| BRANDON THOMAS, | **Judge: Hon. Gary S. Austin** |
| Defendant. | |

Brian C. Andritch seeks to withdraw as council for Defendant in the above captioned matter pursuant to Local Rule 182(d) and California Rule of Professional Conduct 3-700(C)(1)(f). As this court finds that Mr. Andritch has submitted satisfactory reasoning for withdrawal,

IT IS HEREBY ORDERED that Brian C. Andritch's Motion to Withdraw as Attorney of Record for Defendant is GRANTED, and Brian C. Andritch is hereby terminated as council in this matter.

IT IS SO ORDERED.

Dated:  **May 29, 2015**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

---

1
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD
CASE NO.: 1:14-CR-00228-LJO-SKO