# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 01 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| vs. | ) Case No.   1:14CR00228-LJO-SKO-1 |
| Brandon Thomas | ) |
| | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,  Brandon Thomas , have discussed with  Zaren Craddock , Pretrial Services Officer, modifications of my release conditions as follows:

**You shall refrain from any use of alcohol.**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-29-15      _____  9/24/15
Signature of Defendant   Date        Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                _____  10/1/15
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                9-30-15
Signature of Defense Counsel         Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  10/1/2015 .
[ ] The above modification of conditions of release is *not* ordered.

_____                10/1/2015
Signature of Judicial Officer        Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services