# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 01 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** vs. Brandon Thomas | Case No. 1:14CR00228-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Brandon Thomas_____, have discussed with _____Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

**You shall refrain from any use of alcohol.**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-29-15          _____  9/24/15
Signature of Defendant     Date              Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     _____  10/1/15
Signature of Assistant United States Attorney                            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     _____  9-30-15
Signature of Defense Counsel                                             Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  10/1/2015 .
[ ] The above modification of conditions of release is *not* ordered.

_____                     _____  10/1/2015
Signature of Judicial Officer                                            Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services