(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Brandon Thomas

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | CASE NO.: **1:14-CR-00228 LJO-SKO** |
|---|---|
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| v. | |
| BRANDON THOMAS, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Brandon Thomas, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Harry M. Drandell, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

Dated: January 28, 2016

HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By: /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
BRANDON THOMAS

The Government has no objection to Defendant's request for a waiver of his personal presence pursuant to Rule 43(b)(3).

DATED: January 28, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ Grant Rabenn
_____
GRANT RABENN,
Assistant United States Attorney,
Attorney for Plaintiff

O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order of the court.

IT IS SO ORDERED.

Dated:  **January 28, 2016**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2