(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Brandon Thomas

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON THOMAS,<br><br>Defendant. | CASE NO.: **1:14-CR-00228 LJO SKO**<br><br>**STIPULATION AND ORDER**<br>**TO VACATE HEARING DATE**<br><br>Date:  March 21, 2016<br>Time:  1:00 p.m.<br>Dept:  7 |

Defendant, Brandon Thomas, by and through his attorney, Harry M. Drandell, and the United States of America, by and through its attorney, Grant Rabenn, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the status conference scheduled for March 21, 2016, be vacated due to the unavailability of counsel for Mr. Thomas.  It is still hoped that the matter will resolve short of trial, and the parties will schedule a Change of Plea hearing once a resolution has been reached.

Dated: March 26, 2014        By:    /s/ Grant Rabenn
                                    GRANT RABENN
                                    Assistant United States Attorney

///

///

1

Dated: March 26, 2014     By:     /s/ Harry M. Drandell
                                  HARRY M. DRANDELL
                                  Attorney for Defendant,
                                  BRANDON THOMAS

## **O R D E R**

Pursuant to the parties' stipulation, the status conference presently set for March 21, 2016, is hereby VACATED.  Trial shall remain as set for May 24, 2016.

IT IS SO ORDERED.

Dated:   **March 10, 2016**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE