# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Brandon Michael Thomas ) <br> ) | Case No. 1:14-CR-228-F |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Brandon Michael Thomas__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-24-2016     _____  02/24/2016
Signature of Defendant        Date              Pretrial Services Officer         Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      _____  3/15/16
Signature of Assistant United States Attorney                               Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      _____  2-26-16
Signature of Defense Counsel                                                Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __3/15/16__.
[ ] The above modification of conditions of release is *not* ordered.

_____                      _____  3/15/16
Signature of Judicial Officer                                               Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services