```
PHILLIP A. TALBERT
Acting United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON MICHAEL THOMAS,<br><br>　　　　　Defendant. | 1:14-CR-00228-LJO-SKO<br><br>AMENDED PRELIMINARY ORDER OF FORFEITURE |

　　　Based upon the plea agreements entered into between United States of America and defendant Brandon Michael Thomas, it is hereby

　　　ORDERED, ADJUDGED AND DECREED as follows:

　　　1.　Pursuant to 31 U.S.C. § 5317(c)(1), defendant Brandon Michael Thomas' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　a. 2006 Land Rover Range Rover, VIN: SALSF25416A918902;

　　　　　b. 2004 Bentley, VIN: SCBCR63W64C021299;

　　　　　c. 2005 Bentley, VIN: SCBCR63W05C024281;

　　　　　d. 2012 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135;

　　　　　e. 1997 30-foot cabin Motorboat, Vehicle/Hull Identification

Preliminary Order of Forfeiture

1

      Number PLCMK006F697, with 2000 Trailer; and,

f. 2009 Mercedes Benz C-Class C200 Sport Sedan, VIN: WDDGF54X49R049847;

g. Approximately $20,192.37 seized from Wells Fargo account number 5560878786, held in the name of Gonzalez Painting, with Miguel Gonzalez as the primary and sole signor on account;

h. Approximately $13,675.99 seized from Wells Fargo account number 7632274366, held in the name of B.L.O.W., with Miguel Gonzalez as the primary and sole signor on account;

i. Approximately $36,222.75 seized from Wells Fargo account number 7632273871, held in the name of Infinity Ink Fresno, with Miguel Gonzalez as the primary and sole signor on account;

j. Approximately $55,203.20 seized from Wells Fargo account number 9247007264, held in the name of Norma Pacheco;

k. Approximately $6.70 seized from Wells Fargo account number 9247004741, held in the name of Norma Pacheco;

l. Approximately $17,665.00 in U.S. Currency;

m. Approximately $8,086.00 in U.S. Currency;

n. Approximately $17,000.00 in U.S. Currency;

o. Approximately $140,630.00 in U.S. Currency;

p. Approximately $25,260.00 in U.S. Currency;

q. Approximately $23,675.00 in U.S. Currency;

r. Approximately $219,747.00 in U.S. Currency;

s. Firearm, Black SKS, serial number 19855-BA 4875;

t. Firearm, Black AR DPMS, serial number 149533;

u. Firearm, Black Woodrip SKS, serial number N-PAP007383;

v. Firearm, Silver 0.45 cal Smith & Wesson, model 1988, serial number BDC3873;

w. Firearm, Black Short SKS, serial number 1968BF2282;

x. Firearm, Black Keltech 12 Gauge shotgun, serial number X7523;

y. Firearm, Black AR Model DT-15, serial number DT00000021;

z. Firearm, Rock Island 12 Gauge shotgun, serial number R1A1368646;

aa. Firearm, Winchester Model 94, .30 cal rifle, serial number 10103734;

bb. Firearm, AR BSA Model ZM4, serial number DSF00782;

cc. Firearm, Black SAIGA 12 gauge Model CANA-12, serial number 13606582;

dd. Firearm, Mossberg MBP 7.62, serial number MVP028504;

ee. Firearm, Mossberg black 12 gauge shotgun, serial number U770197;

ff. Firearm, Desert Eagle Israel Military .44 cal, serial number 27269;

gg. Firearm, Colt 380 Auto Pocket lite GP20714 (silver, black handle);

hh. Firearm, Colt .25 cal, serial number 393499 (silver, wood color handle);

ii. Firearm, Glock 35 .40 cal, serial number EGR807;

jj. Firearm, Derringer .38 special, serial number 059908;

kk. Firearm, Remington Model 1100, serial number M584677V;

ll. Firearm, Black AR, serial number NCV35924;

mm. Firearm, Black AR Model ST-15, serial number KAI02810;

nn. Firearm, SKS rifle, serial number L22288;

oo. Firearm, Remington Rifle Model 7400, serial number B8135857;

pp. Firearm, SKS Rifle Model WASR-10, serial number 1-92504-11R0;

qq. Firearm, Sears Roebuck Model 43-103 0.22 cal;

rr. Firearm, Taurus Model PT 1911 .45 cal, NAP64101;

ss. Firearm, Glock 22 .40 cal, serial number VEW010;

tt. Firearm, Iver Johnson Thrasher SS, serial number ESP0253;

uu. Firearm, AR DPMS Model .223, serial number W0021064;

vv. Firearm, Kel-tec SUB-2000, serial number EQ525;

ww. Firearm, Ruger American .22 cal, serial number 830-16088; and,

xx. A personal forfeiture money judgment against defendant BRANDON MICHAEL THOMAS in the amount of $2,500,000.00.

2. The above-listed assets constitute property which was involved in a violation of 18 U.S.C. § 371 or is traceable to such violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigations in its secure custody and control.

4. a. Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be

posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 31 U.S.C. § 5317, in which all interests will be addressed.

 6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

 Dated: **May 12, 2016**    **/s/ Lawrence J. O'Neill**
               UNITED STATES CHIEF DISTRICT JUDGE