(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Brandon MichaelThomas

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:14-CR-00228 LJO SKO** |
| Plaintiff, | **STIPULATION AND ORDER** |
| | **TO CONTINUE SENTENCING HEARING** |
| v. | |
| BRANDON MICHAEL THOMAS, | **Date:  August 29, 2016** |
| Defendant. | **Time:  8:30 a.m.** |
| | **Judge:  Lawrence J. O'Neill** |

    **IT IS HEREBY STIPULATED** by and between Phillip A. Talbert, Acting United States Attorney, through Grant B. Rabeen, Assistant United States Attorney, attorneys for Plaintiff and Harry M. Drandell, attorney for Brandon Michael Thomas, that the sentencing hearing, currently scheduled for August 29, 2016, may be continued to December 5, 2016 at 8:30 a.m.

    This continuance is made at the request of defendant in order for him to graduate from the M.R.T. (Moral Reconation Therapy) program.   It is anticipated that he will graduate sometime in mid to late November.  Defense counsel has already filed his Formal Objections to the Presentence Report.  The government has no objection to the continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

Dated: August 22, 2016                     Respectfully submitted,


                                           LAW OFFICES OF HARRY M. DRANDELL


                                           /s/ Harry M. Drandell
                                           _____
                                           HARRY M. DRANDELL
                                           Attorney for Defendant,
                                           BRANDON MICHAELTHOMAS



                                           PHILLIP A. TALBERT


                                           /s/ Grant B. Rabenn
                                           _____
                                           GRANT B. RABENN
                                           Assistant U.S. Attorney
                                           Attorneys for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED**, the Court, having received, read, and considered the parties stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court orders the August 29, 2016 sentencing hearing continued to December 5, 2016 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 22, 2016**                **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE