| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>JEFFREY A. SPIVAK |
| 3 | VINCENTE A. TENNERELLI<br>Assistant United States Attorneys |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 5 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON MICHAEL THOMAS,<br>MIGUEL H. GONZALEZ,<br>PETER SANTO CAPODIECI,<br>CHAD ALLEN RIFFLE,<br>BREE ANN BENSON,<br>ASEEL AIMEN AL-SABER,<br>ASHLY STARLING WILLIAMS, and<br>JEREMY MICHAEL MURPHY,<br><br>Defendants. | No. 1:14-CR-00228-LJO-SKO<br><br>UNITED STATES' STATUS REPORT AND REQUEST FOR STATUS HEARING REGARDING THE ANCILLARY PROCEEDING; ORDER<br><br>[FED. R. CRIM. P. 32.2(c)(1)(B)]<br><br>Proposed Date: February 5, 2018<br>Proposed Time: 8:30 a.m.<br>Courtroom: 4<br><br>Honorable Lawrence J. O'Neill |

The criminal prosecution of the above-captioned defendants having been resolved with the entry of their guilty pleas or guilty verdict, and having been sentenced, the United States submits this status report and request for status hearing on the only remaining unresolved matter of the claim of Michael Paz:

1. On April 17, 2017, Michael Paz ("Petitioner") filed a Seized Asset Claim Form alleging and interest in the 2009 Mercedes C300W, VIN: WDDGF54X49R049847 (the "Subject Vehicle"). (ECF No. 390.) Petitioner claims an interest in the Subject Vehicle and alleges that he purchased the Subject Vehicle with monies derived from a legitimate source. Id.

2. On November 30, 2017, the United States sent written correspondence to Michael

Paz asking him to contact the office and advise of his intent to pursue his claim. The United States offered that if he did not intend to pursue his claim, Michael Paz could execute and return the enclosed withdrawal of claim form. A true and correct copy of the November 30, 2017, correspondence and Notice of Withdrawal of Claim form is attached hereto and incorporated as **Exhibit A**.

3. On or about December 5, 2017, Michael Paz contacted Assistant United States Attorney, Jeffrey A. Spivak, and advised that he did not wish to pursue his claim, and that he would sign the withdrawal and return it to the office. As of the date of the filing of this request, the United States has neither received the signed withdrawal or any further communication from Michael Paz of his intent to litigate his claim.

4. Federal Rule of Criminal Procedure 32.2(c) governs third party asset forfeiture proceedings in criminal cases. Rule 32.2(c)(1) provides that if a third party files a petition asserting an interest in property to be forfeited in a criminal case, the district court must conduct an ancillary hearing. Fed.R.Crim.P. 32.2(c)(1). Rule 32.2(c)(1)(B) provides that prior to the ancillary hearing the Court may permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is "necessary or desirable to resolve factual issues." Fed.R.Crim.P. 32.2(c)(2)(B).

5. Since Petitioner Michael Paz stated that he intended to withdraw his claim, the United States requests that before the ancillary discovery process opens, the Court set a status conference to determine whether Petitioner Michael Paz wishes to continue litigating his claim, and if so, to then set a discovery and motion schedule according to Fed.R.Crim.P. 32.2(c)(2)(B).

6. The United States will serve a copy of the order issued by the Court on Michael Paz at his address of record on the court docket.

Respectfully submitted,

Dated: January 19, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

# **ORDER**

Based on the request of the United States, and the outstanding claim of Michael Paz, it is hereby ordered that the matter of the ancillary process be discussed at a Status Conference which shall be heard on Monday, February 5, 2018, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: **January 19, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE