McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON MICHAEL THOMAS,<br>MIGUEL H. GONZALEZ,<br>PETER SANTO CAPODIECI,<br>CHAD ALLEN RIFFLE,<br>BREE ANN BENSON,<br>ASEEL AIMEN AL-SABER,<br>ASHLY STARLING WILLIAMS, and<br>JEREMY MICHAEL MURPHY,<br><br>Defendants. | No. 1:14-CR-00228-LJO-SKO<br><br>UNITED STATES' REQUEST TO VACATE STATUS HEARING REGARDING THE ANCILLARY PROCEEDING; ORDER |

The United States respectfully requests that the Status Hearing regarding the ancillary proceeding presently set for Monday, February 5, 2018 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be vacated on account of the Notice of Withdrawal of Claim filed by Michael Paz on February 2, 2018. The United States will submit a proposed Final Order of Forfeiture within the next 45 days.

Dated: January 19, 2018　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ Jeffrey A. Spivak
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

Based on the request of the United States, and the withdrawal of claim of Michael Paz, it is hereby ordered that the Status Conference set for Monday, February 5, 2018, at 8:30 a.m. in Courtroom 4, be vacated.

The United States shall submit its proposed Final Order of Forfeiture within 45 days of entry of this Order.

IT IS SO ORDERED.

Dated: **February 2, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE