McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON MICHAEL THOMAS,<br>MIGUEL H. GONZALEZ,<br>PETER SANTO CAPODIECI,<br>CHAD ALLEN RIFFLE,<br>BREE ANN BENSON,<br>ASEEL AIMEN AL-SABER,<br>ASHLY STARLING WILLIAMS, and<br>JEREMY MICHAEL MURPHY,<br><br>Defendants. | No. 1:14-CR-00228-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on May 26, 2015, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5317(c)(1), based upon the guilty pleas entered by defendants Peter Santo Capodieci and Miguel H. Gonzalez, forfeiting to the United States the following property;

    a. 2006 Land Rover Range Rover, VIN: SALSF25416A918902;

    b. 2004 Bentley, VIN: SCBCR63W64C021299;

    c. 2005 Bentley, VIN: SCBCR63W05C024281;

    d. 2012 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135[1];

---

[1] An order for interlocutory sale was entered on February 22, 2016 (ECF No. 227). The 2012

e. 1997 30-foot cabin Motorboat, Vehicle/Hull Identification Number PLCMK006F697, with 2000 Trailer; and,

f. 2009 Mercedes Benz C-Class C200 Sport Sedan, VIN: WDDGF54X49R049847;

g. Approximately $20,192.37 seized from Wells Fargo account number 5560878786, held in the name of Gonzalez Painting, with Miguel Gonzalez as the primary and sole signor on account;

h. Approximately $13,675.99 seized from Wells Fargo account number 7632274366, held in the name of B.L.O.W., with Miguel Gonzalez as the primary and sole signor on account;

i. Approximately $36,222.75 seized from Wells Fargo account number 7632273871, held in the name of Infinity Ink Fresno, with Miguel Gonzalez as the primary and sole signor on account;

j. Approximately $55,203.20 seized from Wells Fargo account number 9247007264, held in the name of Norma Pacheco;

k. Approximately $6.70 seized from Wells Fargo account number 9247004741, held in the name of Norma Pacheco;

l. Approximately $17,665.00 in U.S. Currency;

m. Approximately $8,086.00 in U.S. Currency;

n. Approximately $17,000.00 in U.S. Currency[2];

o. Approximately $140,630.00 in U.S. Currency;

p. Approximately $25,260.00 in U.S. Currency;

q. Approximately $23,675.00 in U.S. Currency;

r. Approximately $219,747.00 in U.S. Currency;

s. Firearm, Black SKS, serial number 19855-BA 4875;

---

Mercedes was subsequently sold on March 30, 2016, pursuant to the order, the net sale proceeds of $4,798.78 was deposited with Internal Revenue Service – Criminal Investigations pending further order of the Court.

[2] Peter T. Capodieci filed an administrative claim to this asset. The United States agreed to the return of this asset, as provisioned *infra*.

t. Firearm, Black AR DPMS, serial number 149533;

u. Firearm, Black Woodrip SKS, serial number N-PAP007383;

v. Firearm, Silver 0.45 cal Smith & Wesson, model 1988, serial number BDC3873;

w. Firearm, Black Short SKS, serial number 1968BF2282;

x. Firearm, Black Keltech 12 Gauge shotgun, serial number X7523;

y. Firearm, Black AR Model DT-15, serial number DT00000021;

z. Firearm, Rock Island 12 Gauge shotgun, serial number R1A1368646;

aa. Firearm, Winchester Model 94, .30 cal rifle, serial number 10103734;

bb. Firearm, AR BSA Model ZM4, serial number DSF00782;

cc. Firearm, Black SAIGA 12 gauge Model CANA-12, serial number 13606582;

dd. Firearm, Mossberg MBP 7.62, serial number MVP028504;

ee. Firearm, Mossberg black 12 gauge shotgun, serial number U770197;

ff. Firearm, Desert Eagle Israel Military .44 cal, serial number 27269;

gg. Firearm, Colt 380 Auto Pocket lite GP20714 (silver, black handle);

hh. Firearm, Colt .25 cal, serial number 393499 (silver, wood color handle);

ii. Firearm, Glock 35 .40 cal, serial number EGR807;

jj. Firearm, Derringer .38 special, serial number 059908;

kk. Firearm, Remington Model 1100, serial number M584677V;

ll. Firearm, Black AR, serial number NCV35924;

mm. Firearm, Black AR Model ST-15, serial number KAI02810;

nn. Firearm, SKS rifle, serial number L22288;

oo. Firearm, Remington Rifle Model 7400, serial number B8135857;

pp. Firearm, SKS Rifle Model WASR-10, serial number 1-92504-11R0;

qq. Firearm, Sears Roebuck Model 43-103 0.22 cal;

rr. Firearm, Taurus Model PT 1911 .45 cal, NAP64101;

ss. Firearm, Glock 22 .40 cal, serial number VEW010;

tt. Firearm, Iver Johnson Thrasher SS, serial number ESP0253;

uu. Firearm, AR DPMS Model .223, serial number W0021064;

vv. Firearm, Kel-tec SUB-2000, serial number EQ525;

ww. Firearm, Ruger American .22 cal, serial number 830-16088;

xx. A personal forfeiture money judgment against defendant BREE ANN BENSON in the amount of $663,318.00;

yy. A personal forfeiture money judgment against defendant PETER SANTO CAPODIECI in the amount of $2,500,000.00;

zz. A personal forfeiture money judgment against defendant MIGUEL H. GONZALEZ in the amount of $2,500,000.00;

aaa. A personal forfeiture money judgment against defendant JEREMY MICHAEL MURPHY in the amount of $242,510.00;

bbb. A personal forfeiture money judgment against defendant ASEEL AIMEN AL-SABER in the amount of $102,050.00; and,

ccc. A personal forfeiture money judgment against defendant BRANDON MICHAEL THOMAS in the amount of $2,500,000.00.

AND WHEREAS, on June 11, 2015, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5317(c)(1), based upon the guilty plea entered by defendant Bree Ann Benson, forfeiting to the United States the above-listed property;

AND WHEREAS, on January 7, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5317(c)(1), based upon the guilty pleas entered by defendants Jeremy Michael Murphy and Aseel Aimen Al-Saber, forfeiting to the United States the above-listed property;

AND WHEREAS, on January 8, 2016, the Court entered an Amended Preliminary Order of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5317(c)(1), based upon the guilty pleas entered by defendants Jeremy Michael Murphy and Aseel Aimen Al-Saber, forfeiting to the United States the above-listed property;

AND WHEREAS, on May 12, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5317(c)(1), based upon the guilty plea entered by defendant Brandon Michael Thomas, forfeiting to the United States the above-listed property;

AND WHEREAS, beginning on June 5, 2015, August 14, 2015, January 24, 2016, and May 19, 2016, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on February 17, 2016, a Stipulation for Interlocutory Sale of 2012 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135, registered to Norma Pacheco, was entered into between the United States, Norma Pacheco, Mercedes Benz of Fresno, and Wells Fargo Bank, wherein Norma Pacheco forfeited her right, title, and interest in the 2012 Mecedes Benz CLS550C, VIN: WDDLJ7DB0CA23135;

AND WHEREAS, on February 22, 2016, the Court ordered the interlocutory sale of the 2012 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135, ordering all net proceeds to be held by the Internal Revenue Service – Criminal Investigations pending further order of the Court;

AND WHEREAS, on March 13, 2017, the United States provided direct notice to Michael Paz, Norma Pacheco, and attorney Stephen Quade, attorney for Norma Pacheco;

AND WHEREAS, on March 17, 2017, the United States provided direct notice to Michael Paz at an additional address discovered by the United States;

AND WHEREAS, on February 2, 2018, Michael Paz filed his withdrawal of claim to the 2009 Mercedes C300W, VIN: WDDGF54X49R049847;

AND WHEREAS, no other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 31 U.S.C. 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Peter T. Capodieci, Norma Pacheco, Mercedes Benz of Fresno, Wells Fargo Bank, Brandon Michael Thomas, Miguel

| 1 | H. Gonzalez, Peter Santo Capodieci, Chad Allen Riffle, Bree Ann Benson, Aseel Aimen Al-Saber, Jeremy Michael Murphy, and Michael Paz.

2. Upon entry of this Final Order of Forfeiture, but no later than 45 days thereafter, the approximately $17,000.00 in U.S. Currency, shall be returned to Peter T. Capodieci, through his counsel of record, Randy Sue Pollock, 3824 Grand Avenue, Suite 120, Oakland, California 94610, telephone number (510) 763-9967.

3. All right, title, and interest in the following property shall vest solely in the name of the United States of America:

    a. 2006 Land Rover Range Rover, VIN: SALSF25416A918902;

    b. 2004 Bentley, VIN: SCBCR63W64C021299;

    c. 2005 Bentley, VIN: SCBCR63W05C024281;

    d. Approximately $4,798.78, the net sale proceeds from the interlocutory sale of the 2012 Mercedes Benz CLS550C, VIN: WDDLJ7DB0CA23135;

    e. 1997 30-foot cabin Motorboat, Vehicle/Hull Identification Number PLCMK006F697, with 2000 Trailer;

    f. 2009 Mercedes Benz C-Class C200 Sport Sedan, VIN: WDDGF54X49R049847;

    g. Approximately $20,192.37 seized from Wells Fargo account number 5560878786, held in the name of Gonzalez Painting, with Miguel Gonzalez as the primary and sole signor on account;

    h. Approximately $13,675.99 seized from Wells Fargo account number 7632274366, held in the name of B.L.O.W., with Miguel Gonzalez as the primary and sole signor on account;

    i. Approximately $36,222.75 seized from Wells Fargo account number 7632273871, held in the name of Infinity Ink Fresno, with Miguel Gonzalez as the primary and sole signor on account;

    j. Approximately $55,203.20 seized from Wells Fargo account number 9247007264, held in the name of Norma Pacheco;

| | | |
|---|---|---|
| k. | Approximately $6.70 seized from Wells Fargo account number 9247004741, held in the name of Norma Pacheco; |
| l. | Approximately $17,665.00 in U.S. Currency; |
| m. | Approximately $8,086.00 in U.S. Currency; |
| n. | Approximately $140,630.00 in U.S. Currency; |
| o. | Approximately $25,260.00 in U.S. Currency; |
| p. | Approximately $23,675.00 in U.S. Currency; |
| q. | Approximately $219,747.00 in U.S. Currency; |
| r. | A personal forfeiture money judgment against defendant BREE ANN BENSON in the amount of $663,318.00; |
| s. | A personal forfeiture money judgment against defendant PETER SANTO CAPODIECI in the amount of $2,500,000.00; |
| t. | A personal forfeiture money judgment against defendant MIGUEL H. GONZALEZ in the amount of $2,500,000.00; |
| u. | A personal forfeiture money judgment against defendant JEREMY MICHAEL MURPHY in the amount of $242,510.00; |
| v. | A personal forfeiture money judgment against defendant ASEEL AIMEN AL-SABER in the amount of $102,050.00; and, |
| w. | A personal forfeiture money judgment against defendant BRNADON MICHAEL THOMAS in the amount of $2,500,000.00. |

4. The United States Marshals Service or the Internal Revenue Service – Criminal Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **March 6, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE