f(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant BRANDON THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: **1:14-CR-00228 NONE** |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO FILE EXHIBIT "B" CONTAINING MEDICAL RECORDS UNDER SEAL AND ORDER .** |
| BRANDON THOMAS, | |
| Defendant. | |

**TO:   THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DALE DROZD AND ASSISTANT UNITED STATES ATTORNEY GRANT RABENN:**

Counsel for Mr. Brandon Thomas request to file Exhibit "B", documents containing medical records of Mr. Thomas, under seal. The records contain personal health information.

Respectfully submitted,

Dated:   February 23, 2021     By:        /s/ Roger D. Wilson
                                                     **ROGER D. WILSON**
                                            Attorney for Defendant BRANDON THOMAS

--o0o--

# ORDER

Having received and reviewed the request to seal Exhibit "B" to the Motion for Compassionate Release filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **February 24, 2021**                                 /s/ Dale A. Drozd
                                                                                  UNITED STATES DISTRICT JUDGE