# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **BRANDON THOMAS**, <br><br> Defendant. | Case No.: **1:14-cr-00228-JLT-SKO** <br><br> **ORDER** |

This matter, having come before the Court on Defendant's Request for Travel, and for good cause shown, **IT IS HEREBY ORDERED**:

1. On July 23, Mr. Thomas is permitted to depart from Fort Lauderdale, Florida on a Royal Caribbean cruise to CocoCay in the Bahamas, Orenjestad, Aruba, Willemstad, Curacao and return to Fort Lauderdale, Florida on July 31, 2022.

2. Defendant Thomas is ordered to report to his Post Release Supervision officer no later than August 1, 2022.

3. Defendant Thomas is ordered to follow all other terms and conditions of his Conditions of Release imposed by this Court and the United States Probation Office.

IT IS SO ORDERED.

Dated:   **April 13, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE