HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00228-1-JLT |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| BRANDON MICHAEL THOMAS, | |
| *Defendant.* | |

Defendant, Brandon Michael Thomas, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA counsel for assistance in seeking early termination. The Federal Defenders Office has a conflict.

On August 30, 2018, Mr. Thomas was sentenced to 60 months in custody followed by 36 months of supervised release. Mr. Thomas began serving his term of supervised release on January 13, 2022.

Mr. Thomas submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that CJA counsel, Roger D. Wilson be appointed, nunc pro tunc as of October 25, 2023, to assist Mr. Thomas with terminating his supervised release.

DATED: November 1, 2023                              */s/ Eric V Kersten*
                                                     ERIC V. KERSTEN
                                                     Assistant Federal Defender
                                                     Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA counsel, Roger D. Wilson, nunc pro tunc as of October 25, 2023, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 1, 2023**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE